IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **CORTEZ TYREE,**<br><br>Plaintiff,<br><br>-vs-<br><br>**CUYAHOGA COUNTY, et al.,**<br><br>Defendants. | CASE NO.  1:19CV1533<br><br>JUDGE JOHN R. ADAMS<br><br>**PARTIES' JOINT STATUS REPORT** |

Pursuant to the Court's Case Management Order, the Parties submit their joint status report:

**(1) Discovery during the reporting period:**

Plaintiff propounded written discovery requests, including interrogatories and requests to produce, upon Defendant Cuyahoga County on January 7, 2020.

**(2) Settlement discussions during the reporting period:**

Counsel have discussed the possibility of settlement and expect to have further discussions.

**(3) Motions filed or pending:**

None at this time.

**(4) Developments requiring deviation from the current case schedule:**

None at this time.

Respectfully submitted,

| | |
|---|---|
| */s/ Jacqueline Greene* | Michael C. O'Malley, |
| Jacqueline Greene (0092733) | Prosecuting Attorney |
| Sarah Gelsomino (0084340) | of Cuyahoga County, Ohio |
| Terry Gilbert (0021948) | |
| FRIEDMAN & GILBERT | */s/ Robert F. Cathcart (per consent)* |
| 55 Public Square, Suite 1055 | By: Robert F. Cathcart (0071747) |
| Cleveland, Ohio 44113 | Assistant Prosecuting Attorney |
| P (216) 241-1430 | The Justice Center, Courts Tower |
| F (216) 621-0427 | 1200 Ontario Street, 8th Floor |
| jgreene@f-glaw.com | Cleveland, Ohio 44113 |
| sgelsomino@f-glaw.com | Tel: (216) 443-7218 |
| tgilbert@f-glaw.com | Fax: (216) 443-7602 |
| | rcathcart@prosecutor.cuyahogacounty.us |
| *Counsel for Plaintiff* | *Attorney for Defendants Cuyahoga County and Officers Raymond Baker, Jermaine Clements, and Kendale Dunn* |

### CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>*/s/ Jacqueline Greene*
>Jacqueline Greene (0092733)
>*One of the Attorneys for Plaintiff*