UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Cortez Tyree, | ) | CASE NO. 1:19CV1533 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Cuyahoga County, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Based upon the Court's COVID-19 order, deadlines in this matter were all extended by 60 days. Doc. 14. Accordingly, the Court will similarly reschedule the status conference currently scheduled for May 11, 2020. The status conference is hereby rescheduled for July 1, 2020 at 10 a.m. At this time, the hearing will be scheduled to be in-person with all parties and lead counsel to attend.

    IT IS SO ORDERED.


DATED: April 27, 2020             */s/ John R. Adams*
                                               Judge John R. Adams
                                               UNITED STATES DISTRICT COURT