# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Cortez Tyree, | ) | CASE NO.:  1:19CV1533 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Cuyahoga County, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On December 9, 2020, the parties filed a notice of settlement.  Therefore, the docket will be marked "settled and dismissed without prejudice."  The parties may submit by no later than March 21, 2021 a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary.  If approved, the proposed entry shall supplement this order.  This Court retains jurisdiction over the settlement.

    IT IS SO ORDERED.


December 30, 2020             /s/ Judge John R. Adams
                                          JUDGE JOHN R. ADAMS
                                          UNITED STATES DISTRICT COURT